# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

September 19, 2013

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

Re: Kathleen Sebelius, Secretary of Health and Human Services, et al.
v. Hobby Lobby Stores, Inc., et al.
No. 13-354
(Your No. 12-6294)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 19, 2013 and placed on the docket September 19, 2013 as No. 13-354.

Sincerely,

**Scott S. Harris**, Clerk

by

Erik Fossum
Case Analyst