# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

November 26, 2013

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

    Re:  Kathleen Sebelius, Secretary of Health and Human Services, et al.
         v. Hobby Lobby Stores, Inc., et al.
         No. 13-354
         (Your No. 12-6294)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted.  The petition for a writ of certiorari in No. 13-356 is granted.  The cases are consolidated and a total of one hour is allotted for oral argument.

Sincerely,

*[signature: Scott S. Harris]*

**Scott S. Harris**, Clerk